1

Manuel Soares
4343 Voltaire Street
San Diego, CA 92107
(619) 225-0791



**FILED**

Feb 27 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ danielm          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**MANUEL SOARES,**

Plaintiff,

vs.

**CITY OF SAN DIEGO,**

Defendant

Case No.: **'23 CV 0369 MMA DEB**

TITLE II THE AMERICANS WITH DISABILITIES ACT, 42 U.S.C. §12131; CALIFORNIA GOVERNMENT CODE §11135

Plaintiff, Manuel M. Soares is proceeding pro se with this complaint against the city of San Diego pursuant to the provisions set forth under Title II of the Americans with Disabilities Act 42 U.S.C. §12131. Plaintiff asserts that the City's alterations in the year of 2016 to Voltaire Street violates Title II of the Americans with Disabilities Act. These unnecessary and unprecedented alterations compromise the integrity of Voltaire Street which has maintained its original design since the 1970's causing one death and a plethora of car collisions and property damages. The City of San Diego is aware of this dangerous street design yet fails to act as the evidence submitted herein demonstrates an intentional and deliberate indifference.

[1]

## I   PLAINTIFF

Plaintiff is 59 years of age and has lived in the Point Loma/Ocean Beach area his entire life. The Plaintiff is a disabled person who has suffered two strokes. One in 2020 and another in 2021 with a pacemaker implant date of July 6, 2020. Plaintiff has had a right foot tendon repair, umbilical hernia repair, and hospitalized for cardio and other procedures.  The Plaintiff has mobility issues.

## II  DEFENDANTS

The City of San Diego are the defendants in this case. On December 8, 2022, the plaintiff e-mailed complaints to the San Diego ADA Compliance and Accessibility offices submitting photos of collisions and later speaking with Judit Havens regarding this matter who had referred plaintiff to the Transportation Department for review and response. On January 26, 2023, the Plaintiff spoke to Esmerelda White from the Traffic Engineering Division. Plaintiff explained the history herein and **asked if another** lawsuit was going to have to be filed for the failure to act.  Plaintiff was told by Esmerelda White (San Diego Traffic Engineering) that he would have to file this lawsuit because her supervisors were not going to do anything. (SEE EX. A).

## III   FACTS OF THE CASE

In 2021 the plaintiff moved into a home owned by Debra Keith at 4343 Voltaire Street across the street from the Propaganda Tattoo shop located in the Bellezza hair salon business complex at 4318 Voltaire Street.  For all intents and purposes and to preserve the record , since 1998 there has been a Handicap Parking spot across the street from the Bellezza hair salon . This Handicap Parking spot is located at the residence of 4343 Voltaire Street and has been shared with **both** residence and customers from the business complex across the street for decades.

[2]

Based upon plaintiff's personal knowledge and information provided, in 2016 the City of San Diego created a dangerous condition altering Voltaire Street by restriping the Street and placing a bicycle lane across the street from a Handicap Parking spot diminishing that parking area and forcing the plaintiff and others to park partially up on the curb. The City arbitrarily and without notice installed a bike lane heading up the hill toward the beach. This bike lane runs from the bottom of Catalina Street to the top of the hill then suddenly ends at the top near Bolinas Street. The bike lane suddenly turns into broken lines and just disappears. Notably, on the downhill sides of Voltaire Street there are **no bike lanes**, but instead random depictions painted on the street of a bicycle and arrows directing bicyclists down the middle of the street. **(SEE EX. B)**.

This alteration compromises a Disabled Parking area that has been used for decades exposing plaintiff and others to a substantial risk of life.  Here, Plaintiff has almost been hit by vehicles on several occasion and his truck nearly hit on September 14, 2021, **after** a vehicle sideswiped a Van parked out on this altered street right in front of Plaintiff's Truck. If not but for the Plaintiff parking his Truck up on the curb his Truck would have also been totaled **(SEE EX. C)**.

Plaintiff submits **6 photos in Exhibit B** . The first 3 photos show aerial pictures from GOOGLE of plaintiff's home and this Altered Street. The white line on the plaintiff's side of this street is **6 feet 8 inches** away from the curb. On the opposite side of the street that white line is **7 feet 8 inches** away from the curb.

These **7 feet 8 inches** coupled with this bike lane's installation gives a person **12 feet 1 inch** to park exit/enter their vehicle safely as compared to plaintiff's side of **6 feet 8 inches**. A review of the photos submitted in **Exhibit "B"** shows that <u>both</u> white lines from the curb to the parking area are **not the same.** The white line on plaintiff's side of this street is wider (5 ½) as comparted to the other side (3 ½) inches).

**Please Take Judicial Notice:**      The First **3 Photos** in **Exhibit B show** the designed side of this street  from the curb to the street as : **(1) Parking** and then the **Street (6 feet 8 inches).**  Notably, On the opposite side of the street it shows **(2) Parking, Bicycle Lane and** then the **Street (12 feet 1 inch).**  Most importantly, the last 3 photos in **Exhibit "B"** reveal that this Double Yellow line has been moved 3 possibly 4 feet closer to the plaintiff's side of the street, therefore encroaching on a Disability Parking area that had been utilized for decades without incidents by <u>both</u> the residence and customers from the business complex across the street. This violates the provisions set forth pursuant to Title 28 CFR § 36.401(b)(1).

[3]

The Plaintiff grew up in the Point Loma/Ocean Beach area and is familiar with Voltaire's original street design as he had ridden his bike up and down Voltaire Street for decades. Plaintiff asserts that the city has created a dangerous alteration to Voltaire Street and has been aware of this dangerous condition for years and fails to abate. Such unprecedented and unnecessary street alterations are unwarranted, unsubstantiated and are only being implemented to serve San Diego's Politicians as a quid pro quo for candidate contributions and support from San Diego's Bicycle coalitions as these alterations have only caused death and destruction to the community of Ocean Beach.

As aforementioned, in 2021 Plaintiff moved into the home of Debra Keith (hereinafter, "Keith"). At that time Keith conveyed to plaintiff that she and her neighbors have been complaining to the city of San Diego for years about this unprecedented street alteration and occurring collisions. Keith (who is also disabled) filed a similar lawsuit pertaining to this **same Disabled Parking spot**, as her car was totaled while parked in this disability parking spot.  Keith was cautioned by <u>**both**</u> United States Magistrate Judge Jill Burkhart and San Diego City Attorney Lindsay Pepi that she would bear the costs if she lost at trial, therefore she settled for fear of a financial burden **(SEE EX. D)**.

Nevertheless, for decades Voltaire Street was of a simple design. It was about 40 feet wide and consisted of a Double Yellow line down the middle of this street with Two White lines on <u>**both sides**</u> of the street. These white lines served as vehicle parking <u>**and**</u> bicycle traffic for decades and **were evenly distributed** until 2016 when the city altered this street narrowing and widening lanes in order to install a bicycle lane going uphill. In fact, since this alteration plaintiff and his neighbors are forced to park partially up on the curb in order to be safe while entering/exiting their vehicles. Here, plaintiff is given a Hobson's choice by the City of San Diego to either: **(1) Park** out on the street, risk life and property damage, **or (2) Park** partially up on the curb to be safe, and risk receiving a fine ( **SEE EX. E)**.

The posted speed limit on Voltaire Street is 30 mph but drivers speed in excess of 50 mph on this stretch of road that runs between the cross streets of Catalina Blvd. and Ebers Street. Here, there are no stoplights, crosswalks or stop signs to curb the speed of traffic and the city failed to implement any safety measures to ensure the safety and welfare of others when altering this street. In fact, the city did nothing as for safety measures when inviting these bicyclists up and down the middle of this street but to paint random depictions of bicycles, arrows and broken lanes as shown in **Exhibit B**.

[4]

Since this alteration there's been a plethora of car collisions. Plaintiff submits that there once was Disability Parking herein that was feasible and accessible for decades **until** these alterations were made.

Based upon an elevated increase of car collisions, one fatality and risks he faces plaintiff has no other means to redress other than to file this action against the city for a failure to act.

## ELEVATED INCREASE OF COLLISONS ON VOLTAIRE STREET

1. On June ,4 2020, a skateboarder (Cameron Loren) was struck and killed while utilizing this bike lane for something other than what its original intended design was used for. The driver immediately sped away without sopping.

2. In November of 2020, a car crashed through a fence at 4570 Voltaire Street. The vehicle took out over 70 feet of fence causing an excess of $7,000 of damages to the property of Simon Ferreira.

3. In May of 2021, the Plaintiff's neighbor (4335 Voltaire St.) had a guest visiting their home. The guest's car was side swiped. That driver immediately sped away.

4. On July 10, 2021 **"Keith's"** parked car was hit and totaled in this Disability Parking area. That Driver was speeding in excess of 30 mph and was unable to correct due to the narrowness / design of this street. Notably, **"Keith"** had parked her car in this very same spot since 1998 until it got totaled **after** the street alteration (See **EX. D**).

5. On September 14, 2021, a drunk driver came speeding over the hill and side swiped a Van parked out on the street in front of the Plaintiff's truck. That driver was traveling at such an excessive speed that he bounced off the Van, went up on the sidewalk and took out a utility box knocking out all the electricity to the entire block. The Vehicle lost three of its tires. (See **EX. C**).

6. On September 19, 2021, a bicyclist was sideswiped by a car on the corner of Voltaire and Venice Street just four houses down from the plaintiff's house. Police and Fire were present, and the bicyclist was not seriously injured according to plaintiff's information and belief.

7. On February 4,2022, a speeding driver lost control and his car ran into a building at Catalina and Voltaire.

[5]

8. On April 13, 2022, a car was rear-ended while pulling into the driveway at Propaganda Tattoo (4312 Voltaire).

9. On May 21, 2022, a collision on Voltaire and Bolinas Street at 12 a.m., again the street was closed.

10. On July 17, 2022, at Mendocino and Voltaire Street, a scooter was trapped underneath a car while using this bike lane in front of the Reunion Bar.

11. On August 28, 2022, a Truck backing out of a Driveway at 4369 Voltaire Street was hit by a Truck pulling a Jet Ski up this narrowed/altered street just four houses down from the plaintiff's home (See **EX  F**).

12. On December 23, 2022, a car was struck while backing out of **this very same spot** where the Jet Ski was causing a roll-over and property damages (**See EX. F** ).

## **CONCLUSION**

These alterations to an on-street Disability Parking area that has existed for decades, without incident, must not be able to ripen within the passage of time as Voltaire Street has maintained its original design since the 1970's. The Ninth Circuit has expressly held that **both 28 C.F.R.§35.150 and 28 C.F.R. §35.151 require on-street parking provided by a public entity such as the city be accessible. See Fortyune v. City of Lomita, 766 F_3d 1098 (9th Cir. 2014).**

This unprecedented and unnecessary alteration is inherently dangerous, an eyesore and in violation of the Americans with Disabilities Act as the city's failure to respond or abate is clearly unreasonable considering the known circumstances and evidence submitted herein.

Wherefore, Plaintiff Respectfully requests the issuance of an Order for Injunctive relief mandating the City of San Diego to return the street back to its original design/condition .

Plaintiff requests a jury trial on all issues of fact submitted herein, and **specifically** **requests** an onsite jury visit to Voltaire Street in order to experience this dangerous condition.

Plaintiff further seeks compensatory, punitive and any/all costs of this lawsuit.

Lastly, Plaintiff requests that this Court grant relief that is just, fair and equal in order to redress the deprivations described herein of plaintiff's federally protected rights secured by the Constitution of the United States.

[6]

Respectfully submitted,

Manuel M. Soares

Dated: 2/27/2023

Attachments: Exhibits A, B, C, D, E, F

[7]

1

☒ **DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*

2 *pursuant to FRCP, Rule 38?)*

3 ☒ Yes        ☐ No

4

5 I declare under penalty of perjury that the foregoing is true and correct.

6 2/27/2023

7 Date                                    Signature

8 MANUEL  M.  SOARES

9 Printed Name

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[8]

# EXHIBIT

# A

Description: Plaintiff's complaints with the City of San Diego

Number of Pages:    4

See Comp. at pg. 2 lines 12-18

Re: 4343 Voltaire St Bicycle lane Complaint

From:   Manny Soares (mannysoares55@gmail.com)

To:     kuzmadebra@yahoo.com

Date:   Thursday, December 15, 2022 at 02:37 PM PST

On Thu, Dec 8, 2022, 1:13 PM ADA Compliance & Accessibility <adacompliance@sandiego.gov> wrote:

Good afternoon Mr. Soares,

Thank you for contacting the City of San Diego's ADA Compliance & Accessibility Section. Our mission is to ensure every facility, activity, benefit, program, and service operated or funded by the City is fully accessible to, and useable by, people with disabilities in accordance with the Americans with Disabilities Act and other relevant federal, state and local access regulations and disability rights laws.

We have received your email and your photo showing your damaged vehicle 4343 Voltaire St. Our ADA team is in the process of reviewing your request, and will get back to you within the next few days. Please don't hesitate to send us all the information you have, photos and records of previous accidents you were referring to in your complaint.

Thank you.

Best regards,

Judit Havens

_____

**Judit Havens** (she/her)

Project Assistant

https://www.sandiego.gov/adacompliance

ADA Compliance and Accessibility

Sustainability & Mobility Department

City of San Diego

619.980.0273

**From:** Manny Soares <mannysoares55@gmail.com>
**Sent:** Thursday, December 8, 2022 12:01 PM
**To:** ADA Compliance & Accessibility <adacompliance@sandiego.gov>
**Subject:** [EXTERNAL] Judit havens

\*\*This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.\*\*

This is my truck parked up on the curb nearly getting missed I will send you another photo of the jet ski out in the street where the guy was parking out and you will see how narrow this Lane was made by the city



image002.png
6.5kB



image002.png
6.5kB

Fwd: GID - Get It Done Report # 04025079 - 4343 Voltaire Street

From: Manny Soares (mannysoares55@gmail.com)

To:     kuzmadebra@yahoo.com

Date:   Tuesday, February 21, 2023 at 05:38 PM PST

---------- Forwarded message ---------
From: **Manny Soares** <mannysoares55@gmail.com>
Date: Thu, Dec 15, 2022, 2:29 PM
Subject: Re: GID - Get It Done Report # 04025079 - 4343 Voltaire Street
To: ADA Compliance & Accessibility <adacompliance@sandiego.gov>

Thank you for the update.

On Thu, Dec 15, 2022, 2:00 PM ADA Compliance & Accessibility <adacompliance@sandiego.gov> wrote:

Good afternoon Mr. Soares,

Thank you for contacting the City of San Diego's ADA Compliance & Accessibility Section. Our mission is to ensure every facility, activity, benefit, program, and service operated or funded by the City is fully accessible to, and useable by, people with disabilities in accordance with the Americans with Disabilities Act and other relevant federal, state and local access regulations and disability rights laws.

We have processed your request and it has been assigned to Transportation Department for review and response. The department will contact you with its Plan of Action and will notify you when the work has been completed.  Please refer to the following tracking number for future reference, Report # 04025079 -  4343 Voltaire Street.

Best regards,

_____

**Judit Havens** (she/her)

Project Assistant

https://www.sandiego.gov/adacompliance

ADA Compliance and Accessibility

Sustainability & Mobility Department

City of San Diego

619.980.0273

**From:** Manny Soares <mannysoares55@gmail.com>
**Sent:** Monday, December 12, 2022 12:27 PM
**To:** ADA Compliance & Accessibility <adacompliance@sandiego.gov>
**Subject:** [EXTERNAL] 4343 Voltaire Street handicap parking accessibility

**This email came from an external source. Be cautious about clicking on any links in this email or opening attachments.**

These photographs are being submitted to Judit Havens regarding the disability accessibility parking alteration in front of 4343 Voltaire Street.. The white car that is parked up on the curb is the car that was totaled out and is no longer there because my friend parked on the street as officer Roya instructed her to do.

 image001.png
6.5kB

 image001.png
6.5kB

# EXHIBIT

# B

Description:   6 Photographs of Altered Street

Number of Pages:   6

See Comp. at pg. 3 lines 14-27

12' 1"  6' 8"

12 feet
1 inch
from
Curb
To
Street

Plaintiff's
Home

6 feet
8 inches
from
curb
to
Street



THIS STREET DESIGN CHANGES uphill/Downhill
↓ SEE NEXT PAGES



Top of Hill

Bolinas St



Plaintiff's
Home

Top of the Hill

Bolinas St.







# EXHIBIT

# C

Description:   Van sideswiped while Plaintiff's Truck parked on curb

Number of Pages:    3

See Comp. at page 3 lines 9-13

page 5 lines 21-24







# EXHIBIT

# D

Description:   Debra Keith's A.D.A. Complaints, Release & Settlement and photos of her totaled car.

Number of Pages:   13

See Comp. at Pg. 4 lines 8-14

Pg. 5 lines 17-20

----- Forwarded Message -----
From: Debra Kuzma <kuzmadebra@yahoo.com>
To: Councilmember Jennifer Campbell <jennifercampbell@sandiego.gov>
Sent: Tuesday, June 30, 2020, 12:10:23 PM PDT
Subject: Disability Discrimination

Hello, I have been a property tax paying resident of OB, at 4343 Voltaire since 1993. In 1996 I became disabled and had a designated Handicapped Parking Spot put in, at my residence. About 3yrs ago, the city decided to put in bike lanes, forcing the traffic to my side of the street, without any prior notification. Since then, I have been forced to park slightly on the curb, in order to enter and exit my vehicle safely. I CANNOT use my driveway. It is far too steep, narrow and with the speed of traffic very unsafe to try to back out of. I never had any issue with parking up on the curb, until today. I received a citation for some stupid reason. Is the attendant too ignorant, to notice the Handicapped Parking Spot or unable to see how fast the traffic is, along with bicyclists and scooters whizzing by? WHY was this never illegal until now? HOW am I supposed to get in and out of my car safely? I have a metal plate w/6" rods in my back, a 4 level neck fusion, 2 knee surgeries and another rod in my left arm. Does this sound to you, as someone who can jump in and out of a car easily?
I contacted Parking Enforcement, but was referred to a number, that I could only leave a message on. I have already filed an ADA Complaint with the Federal Government and would appreciate any assistance you can give me, on    is.
Sincerely,
Debra Keith
4343 Voltaire Street
San Diego, CA  92107
(619) 225-0791

Parking Citation/DISABLED Person trying to exit & enter car safely

From:  Debra Kuzma (kuzmadebra@yahoo.com)

To:    kevinfalcouner@sandiego.gov

Date:  Tuesday, June 30, 2020 at 10:50 AM PDT

Hello, I have been a property tax paying homeowner at 4343 Voltaire Street, since 1993. In 1996 I became disabled (I have a metal plate & 6"rods in my back, 4 level neck fusion, 2 knee surgeries and another rod in my left arm). I have disabled parking spot in front of my home, as my driveway is not useable and would not be safe to try to back out of, even it it was.
Since the bike lanes were put in, I have been parking on the curb, WITHOUT ANY ISSUES WHATSOEVER. Today, I received a parking citation --58192222. Please explain to me, why? Is your attendant too ignorant to notice the designated *HANDICAPPED PARKING SPOT*, in front of my house?
How, exactly am I supposed to enter and exit my vehicle in a safe manner, with speeding cars, bicyclists and scooters whizzing by? Does the city expect me to risk another surgery or having my car door torn off? Initially, when the lanes were put in, I made a complaint to the Engineering Dept and was told it would not be illegal, to park as I have been doing. WHAT has changed? WHY is it now illegal? WHY was I not notified, along with my neighbors, of the bike lanes being put in to begin with?
Sincerely,
Debra Keith
4343 Voltaire Street
San Diego, CA  92107
(619) 225-0791

Prejudicial treatment of the DISABELED

From:  Debra Kuzma (kuzmadebra@yahoo.com)

To:    loriezapf@sandiego.gov

Date:  Wednesday, May 16, 2018 at 04:58 PM PDT

Hello, In my previous email, protesting the proposed Midway Area Redevelopment, I neglected to mention, that I am as disabled person and SEVERAL of my neighbors are, as well. About 2yrs ago, our street VOLTAIRE, was re-striped to accommodate bicycle riders and it has created a very dangerous situation for all of us, in the upper 4300 block. We can barely enter and exit our cars SAFELY, on the south side of the street and most of us have to park on the curb. Was any forethought, ever given to those of us who are not physically able to ride bicycles, instead of using cars?!? I am held together with metal, from head-to-toe and have a designated Disabled Parking spot in front of my house and have had so, since 1999. So no doubt, the city was aware of this FACT and still proceeded with striping my street in this manner. (FYI, when I contacting the City Parking Enforcement about the legality of parking on the curb, then never did give me a straight answer).
This is just one example of the inconsiderate and inept way, of thinking that forcing people to ride bicycles is an intelligent solution. We do not have the room for more residents in this area.
The needs of the current residents, who have been paying property and other taxes for years, should come first. And not all of us can give up our cars.
Sincerely,
Debra Keith
4343 Voltaire Street
San Diego, CA 92107

Disability Discrimination

From:   Debra Kuzma (kuzmadebra@yahoo.com)

To:   adacompliance@sandiego.gov

Date:   Wednesday, July 1, 2020 at 11:09 AM PDT

Hello,

In 1998 I became disabled and had the city install a DISABLED PARKING spot in front of my home, after I had major back surgery. About 5yrs ago, the city put in bike lanes (I live on Voltaire in OB) and the traffic was forced to my side of the road, making it very difficult to get in and out of my car. I have been parking slightly on the curb, without any issues, until yesterday when I received a parking citation, for doing so. My driveway is NOT useable, it is too steep and narrow, to back out of safely. In addition to major back surgery (metal plate and 6"rods), I have had a 4 level neck fusion, 2 knee surgeries and have another rod in my left arm. It is EXTREMELY difficult to get in and out of my car, with the high speed of traffic, bicyclists and scooters whizzing by, but for some odd reason the parking attendant felt the need to target me, even though I've been parking on the curb for 5yrs now. I called the 866 phone #, listed on the city's website, but only spoke with a very rude, ignorant person who only identified himself as a "supervisor," without giving his name and was practically laughing at me. He referred me to the parking attendant supervisors, which was only another number to leave a voice message on and I have not had my call returned.

Not only do I have mobility issues, but I also have 2 small sickly dogs, who need to go to the vet frequently. It is extremely precarious trying to struggle with a nervous pet, as I attempt to get in or out of my car, with cars flying by, at a high rate of speed.

Why is it illegal for me, to park, so that I can enter and exit my car without getting hit? Who can help me with this problem? The city never notified me or any of my neighbors, about the intent to put in bike lanes. Many people don't even use them and in the past 2wks, I have almost gotten hit, by *4* different people, WHO WERE RIDING ON THE SIDEWALK and not even using the bike lanes. One was a homeless man, who started screaming at me in a threatening manner, this a.m. when I told him to use the bike lane.

I have a neighbor 3 doors down, who is also disabled and he has the concerns as I do. We would greatly appreciate any assistance with this matter.

Sincerely,

Debra Keith
4343 Voltaire Street
San Diego, CA  92107-1711

(619)  225-0791

----- Forwarded Message -----
**From:** Debra Kuzma <kuzmadebra@yahoo.com>
**To:** ADA Compliance & Accessibility <adacompliance@sandiego.gov>
**Sent:** Tuesday, November 24, 2020, 10:36:52 AM PST
**Subject:** Re: [EXTERNAL] Disability Discrimination

Hello, it has now been *5* MONTHS, since I contacted your office for assistance. If you were not willing to help me resolve this issue, why not just tell me, in the first place? WHY has so much time been wasted, as I have patiently waited, dodging cars as I try to enter and exit my car, ever since IDIOT Mayor Falconer insisted on putting in bike lanes on my street, without any public notification or input?
Sincerely TAXPAYER,
Debra Keith
4343 Voltaire Street
San Diego, CA 92107

On Wednesday, July 1, 2020, 11:52:13 AM PDT, ADA Compliance & Accessibility <adacompliance@sandiego.gov> wrote:

Good Morning Ms. Keith,

Thank you for contacting the City of San Diego, Office of ADA Compliance & Accessibility. Our mission is to ensure that every facility, activity, benefit, program and service operated or funded by the City is fully accessible to, and useable by, people with disabilities in accordance with the Americans with Disabilities Act, as well as other federal, state and local access codes and disability rights laws.

We have received your request, once we forward your request to the proper Department you will be notified.

Sincerely,

2nd request for assistance

From:  Debra Kuzma (kuzmadebra@yahoo.com)

To:    adacompliance@sandiego.gov

Date:  Tuesday, July 27, 2021 at 08:14 PM PDT

Hello, I contacted your office approximately 1yr ago, requesting assistance with my designated Disabled Parking, in front of my home.
On July 10, approximately 2 weeks ago, my car was totaled out, by a speeding, reckless driver at 8:18 on a Saturday morning. It was minutes before I was planning to drive to the store. I could easily have been killed, suffering from brain damage or even having lost a limb.
Sincerely,
Debra Keith
4343 Voltaire Street

----- Forwarded Message -----
**From:** Graciano, Sonia <smgraciano@sandiego.gov>
**To:** kuzmadebra@yahoo.com <kuzmadebra@yahoo.com>
**Sent:** Wednesday, July 14, 2021, 08:56:07 AM PDT
**Subject:** FW: Form submission from: Traffic Service Request

Thank you for contacting the Traffic Engineering Division, your request has been processed. Your case number is SN 40300457563, an Engineer will contact you within 30 working days.

Sincerely,
Sonia

==Location Information==
Street: Voltaire
Closest Cross Street: Venice
Request: (Limited to 2000 characters):
A year ago, when a skateboarder was slain on Voltaire & Seaside, I and several of my neighbors submitted Get it Done requests BEGGING the city to do something about the speed of traffic and unsafe bike lanes. On Saturday 7/10, my car was hit and demolished by a recklessly speeding driver at 8:18a.m. Just a few months ago, a car flew thru the fence at a house on Voltaire and Seaside and a few weeks ago, my next door neighbor's car was sideswiped. WHAT DOES IT TAKE FOR THE CITY TO RESPOND TO THESE REQUESTS AND EVALUATE THE DANGER THAT I AND MY NEIGHBORS ARE IN? How much more property damage and deaths need to occur, before our voices are heard?
When the bike lane was installed, I started parking slightly on the curb, but was ticketed (which was dismissed, but I received a very rude admonishment from Parking Enforcement, that I was not allowed to do so). I am disabled. I have had a Disabled Parking space in front of my home, since 1998. WHY did the city decide to put in bike lanes, without ANY consideration for a handicapped resident? How am I supposed to safely enter/exit a vehicle, with cars recklessly speeding and illegally passing bicyclists? I am now out thousands of dollars, after meticulously maintaining my classic 37yr old car, all due to the stupidity of the city of San Diego.

==Your Information==
Full Name: Debra A Keith
Business: n/a
Street Address: 4343 Voltaire Street
Apt/Suite/Other:
City: San Diego
State:
Zip/Postal Code: (99999 or 99999-9999): 92107

Disabled Citizens

From:   Debra Kuzma (kuzmadebra@yahoo.com)

To:     mayortoddgloria@sandiego.gov

Date:   Tuesday, September 21, 2021 at 12:40 PM PDT


Hello, I am a 25+yr resident and homeowner in Ocean Beach. I am disabled, with mobility issues and have had a Disabled Parking spot in front of my home since 1998. About 5yrs ago, the city arbitrarily and without prior notification, re-striped the street I live on and put in bike lanes, pushing all of the traffic onto my side. This has made it seriously difficult for me to enter and exit my car, when I never had any problems before. In the past 4mos. there have been several car collisions, the last two resulted in vehicles being completely destroyed and totaled out. One of those was mine, on July 10. This has cost me thousands of dollars and an extreme inconvenience having to rely on others for transportation. I previously parked slightly on the sidewalk, but received a ticket (dismissed) and I was threatened with more tickets, by a supervisor at Parking Enforcement, if I continued to park that way. Oddly, MANY neighbors park on the sidewalk and have NEVER received a ticket. Interestingly enough, none are disabled and the vast majority of them are male. One week ago on  9/14, someone side-swiped a van in front of my disabled spot and also hit a utility box, knocking out the power for over 8 hours. Again, more inconvenience for me, trying to navigate my home in pitch black darkness, hoping and praying that I did not trip and fall, further injuring myself.
On Sunday 9/19, a bicyclist was hit.
WHY hasn't the city ever done anything to slow the speed of traffic and make it safer for all of us? I have submitted numerous complaints to Get It Done, but all I receive in return is a phony response, that someone will contact me, but they never do. WHY does the city feel free to blatantly discriminate against the disabled (and women), in this manner?
Sincerely,
Debra Keith
4343 Voltaire Street
San Diego, CA  92107
(619) 225-0791

----- Forwarded Message -----
**From:** Gloria, Todd (External) <mayortoddgloria@sandiego.gov>
**To:** Debra Kuzma <kuzmadebra@yahoo.com>
**Sent:** Tuesday, September 21, 2021 at 12:40:35 PM PDT
**Subject:** Automatic reply: [EXTERNAL] Disabled Citizens

Thank you for contacting my office. Your e-mail has been received and either myself or a member of my team will get back to you as soon as possible. Due to the high volume of emails our office receives we appreciate your patience.

If you are a member of the media on deadline, please e-mail mayorpress@sandiego.gov . If you would like to request a meeting or have an event invitation you would like to share with me, please click here.

Sincerely,


TODD GLORIA
Mayor, City of San Diego



**THE CITY OF**
# SAN DIEGO

**RELEASE AND SETTLEMENT OF CLAIMS AGAINST THE CITY OF SAN DIEGO**

For the sole consideration of six thousand five hundred and seventy five dollars ($6,575.00), the undersigned Plaintiff Debra Keith (Plaintiff) releases and forever discharges Defendant City of San Diego (City) from all claims, demands, rights, and causes of action of any kind resulting from an occurrence which happened on or about September 2015, that forms the basis for Plaintiff's Complaint filed in U.S. District Court, entitled Debra Keith v. City of San Diego, Case No. 21cv1782-JAH-JLB (Action). This release of the City extends to all agents, employees, representatives, attorneys, insurers, adjusters, and elected and administrative officers of the City. This release includes both known and unknown claims Plaintiff has now or may have in the future on account of damages or injuries resulting from the occurrence that is the subject of the Action.

Plaintiff agrees to dismiss, *with prejudice*, Plaintiff's Complaint against the City and the entire Action.

Plaintiff agrees to bear Plaintiff's own attorney's fees and costs.

This release expresses a full and complete settlement of all liability claimed and denied, regardless of the adequacy of the above consideration.

The acceptance of this release will not operate as an admission of liability by anyone. The release will also not operate as an estoppel, waiver, or bar with respect to any claim the released party or parties may have against the undersigned.

Plaintiff agrees to be solely responsible for satisfying all liens arising out of the occurrence that is the subject of the Action, including attorney's liens, workers compensation liens, hospital liens, medical liens, Medicare liens, and Medi-Cal/Medicaid liens, or other healthcare provider or insurer lien. Plaintiff further agrees to indemnify and hold harmless the City, its officers and employees, from all liability for losses, damages, attorney's fees, and other costs and expenses relating to any lien or other claim pertaining to Plaintiff arising out of or in any way connected with the occurrence that is the subject of the Action.

Plaintiff acknowledges that Plaintiff is not Medicare eligible, has not received any treatment paid by Medicare that is related to the Action, and is not anticipating that Plaintiff will receive any treatment related to the Action that will be paid by Medicare.

This release contains the entire agreement between Plaintiff and the City about the Action. There are no other terms or promises that are not set forth in this release.

Plaintiff waives all rights given by California Civil Code section 1542, which provides as follows:

**A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.**

By signing this release, I, ___Debra Keith___, intend to give up and discharge all rights and claims to damages both to person and to property, even though some damages may not have shown themselves at the time of acceptance of this settlement.

1

Plaintiff Initials ___

I, _Debra Keith_____, certify that I have read all of this release and California Civil Code section 1542 and fully understand both. Signed this _13th_ day of _December_____ 20 _22_, at San Diego, California.


_Debra Keith_____
Signature of Plaintiff  Debra Keith

Case Name: Debra Keith v. City of San Diego
Case No.:  21cv1782-JAH-JLB
Claim No.: 27603





# EXHIBIT

# E

Description:  Photos of cars parked up on curb because of this dangerous street.

Number of Pages:   8

 See Comp. at Pg. 4 lines 15-22

















# EXHIBIT

# F

Description:  Photos of Jet Ski collision & Roll Over Crash

Number of Pages:  6

See Comp. at Pg. 6 lines 6-9











