

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Manuel M Soares | Civil Action No. 23-cv-0369-WQH-DEB |
| Plaintiff, | |
| V. | |
| City of San Diego | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The City's Motion for Summary Judgment is granted.
IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is denied.
Judgment is in favor of the City and against Plaintiff. The case is hereby closed.

Date:  3/28/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  S. Nyamanjiva
S. Nyamanjiva, Deputy